IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:13CR150 |
| vs. | ORDER |
| SARA WELLING, | |
| Defendant. | |

Defendant Sara Welling appeared before the court on May 17, 2017 on a Petition for Warrant or Summons for Offender Under Supervision [42]. The defendant was represented by Assistant Federal Public Defender Karen M. Shanahan, and the United States was represented by Assistant U.S. Attorney Matt E. Lierman. Through her counsel, the defendant waived her right to a probable cause hearing on the Report pursuant to Fed. R. Crim. P. 32.1(a)(1). The government moved for detention. Through counsel, the defendant declined to present any evidence on the issue of detention and otherwise waived a detention hearing. The defendant is currently serving a federal sentence in the state of Iowa, and will be returned to the Iowa facility pending a final dispositional hearing. I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Senior Judge Bataillon.

**IT IS ORDERED:**

1. A final dispositional hearing will be held before Senior Judge Bataillon in Courtroom No. 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on May 17, 2017 at 11:00 a.m. Defendant must be present in person.

2. The defendant, Sara Welling, is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

3. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

4. Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated this 13th day of April, 2017.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge